IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LYNN SMALL,

    Petitioner,               2:06-cv-02172 ALA HC

    vs.

D. SISTO, Warden,

    Respondent.          ORDER

_____/

      Petitioner Robert Small is a state prisoner proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Since Petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, Respondent will be directed to file a response to Petitioner's habeas petition.

      In accordance with the above, IT IS HEREBY ORDERED that:

          1. Respondent is directed to file a response to Petitioner's habeas petition within thirty-five (35) days from the date of this order.  *See* Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  *See* Rule 5, Fed. R. Governing § 2254 Cases;

          2.  If the response to the habeas petition is an answer, Petitioner's reply, if any, shall be filed and served within thirty-five (35) days after service of the answer;

3. If the response to the habeas petition is a motion, Petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty-five (35) days after service of the motion, and Respondents' reply, if any, shall be filed and served within twenty-one (21) days thereafter; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

/////

DATED: November 27, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation