IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LYNN SMALL,

      Petitioner,                    No. CIV-06-2172 ALA HC

      vs.

D. SISTO,

      Respondent.                <u>ORDER</u>

_____/

      The parties are instructed that Respondent's response to Petitioner's habeas petition should discuss the following issues:

      (1) What is the applicability, if any, of *Irons v. Carey,* 479 F.3d 658 (9th Cir. 2007) to the question whether Petitioner is entitled to habeas relief on his claim that denial of his parole applications violated due process?

      (2) Is a District Court required to grant habeas relief on the basis of the law of the Ninth Circuit when that law does not represent "clearly established Federal law, as determined by the Supreme Court of the United States," 28 U.S.C. § 2254(d)(1)?

      If Petitioner replies to or opposes Respondent's response, Petitioner should also address these two issues.

/////

DATED: December 19, 2007

                                        <u>/s/ Arthur L. Alarcón</u>
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation

1