IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LYNN SMALL,

        Petitioner,               No. CIV-06-2172 ALA HC

   vs.

D. SISTO,

        Respondent.             <u>ORDER</u>

                                  /

      Respondent has requested an extension of time to file a response pursuant to the court's order of November 28, 2007.

      Good cause appearing, IT IS HEREBY ORDERED that:

1.    Respondent's January 2, 2008, request for an extension of time is GRANTED; and

2.    Respondent is granted thirty-five (35) days from the date of this order in which to file a response. Petitioner's traverse shall be filed thirty-five (35) days thereafter.

/////

DATED: January 4, 2008

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation